1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WENZHOU WANG, ) | |
| ) | No. C 07-2365 EMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO DISMISS; AND** |
| ) | **[~~PROPO~~SED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security; ) | |
| EMILIO T. GONZALEZ, Director of United ) | |
| States Citizenship and Immigration Services; ) | |
| DAVID N. STILL, San Francisco District ) | |
| Director of United States Citizenship and ) | |
| Immigration Services; ) | |
| ROBERT S. MUELLER, Director ) | |
| of Federal Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days from the filing date of this stipulation.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-2365 EMC                                        1

1 | Dated: June 21, 2007                           Respectfully submitted,

2 |                                                SCOTT N. SCHOOLS
                                                   United States Attorney

                                                   _____/s/_____
                                                   ILA C. DEISS
                                                   Assistant United States Attorney
                                                   Attorney for Defendants


8 | Dated: June 21, 2007                           _____/s/_____
                                                   WENZHOU WANG
                                                   *Pro Se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 21, 2007

                                                   _____
                                                   EDWARD M. CHEN
                                                   United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C07-2365 EMC                                       2